[No. 46869-3-I.  Division One.  October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE V. GILLMERE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00344-9, Michael F. Moynihan, J., entered June 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 48413-3-I.  Division One.  October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ARTHUR HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04732-6, James D. Cayce, J., entered April 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48519-9-I.  Division One.  October 21, 2002.]

LEIGHTON READ ANDERSON, ET AL., *Appellants*, v. DENNIS L. GRIFFIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15235-4, Jay V. White, J., entered May 8, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Agid, JJ.

[No. 48521-1-I.  Division One.  October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07163-5, Douglas D. McBroom, J., entered April 14, 2001. *Affirmed* by unpublished per curiam opinion.